1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10                      UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
   IN RE: BEXTRA AND CELEBREX            | Case No. M:05-CV-01699-CRB
15 MARKETING SALES PRACTICES,
   AND PRODUCT LIABILITY                 | MDL NO. 1699
16 LITIGATION
                                         | **STIPULATION AND ORDER OF DISMISSAL**
17 This Document Relates To:             | **WITH PREJUDICE**

18 *Richard W. and Marlene Stubblefield, et.*
   *al., vs. Pfizer, Inc.,.*
19 *MDL No. 06-5201:* Plaintiff Marvin Holt

20
        Come now the Plaintiffs, Marvin Holt, and Defendant, Pfizer Inc., by and through the
21
22  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

23

24

25

26

27

28

                                    - 1 -        STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Marvin Holt's** action only, with each side

2  bearing its own attorneys' fees and costs.

3

4

5

6  Dated: _____, 2009            By: _____

                                          Jayne Conroy
7                                          **HANLY CONROY BIERSTEIN**
                                          **SHERIDAN FISHER & HAYES LLP**
8                                          112 Madison Avenue
                                          New York, New York 10016-7416
9                                          (212) 784-6400
                                          (212) 784-6420 (Fax)
10                                         Email: jconroy@hanlyconroy.com

11                               -and-

12                                         **SIMMONSCOOPER LLC**
                                          707 Berkshire Blvd.
13                                         East Alton, IL 62024
                                          (618) 259-2222
14                                         (618) 259-2251 (Fax)

15                                         *Counsel for Plaintiff.*

16

17

18  Dated: _____ March 11 ____, 2009         By: _____
                                          Michelle W. Sadowsky
19                                         **DLA PIPER US LLP**
                                          1251 Avenue of the Americas
20                                         New York, New York 10020-1104
                                          (212) 335-4625
21                                         (212) 884-8675 (Fax)

22                                         *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**

25

26  Dated: _____ MAR 3 0 ____, 2009        By: _____
                                          United States District Court
27

28

STIPULATION OF DISMISSAL WITH PREJUDICE